UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**SEALED**

**FILED**

**08/17/2022**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. 1:22-mj-00721 |
| ZACHARY ROBERT NICHOLS, | ) ) ) |
| Defendant. | ) |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Kristina M. Korobov, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   /s/ *Kristina M. Korobov*
        Kristina M. Korobov
        Assistant United States Attorney