# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana



| United States of America | ) |
|---|---|
| v. | ) |
| Zachary Robert Nichols | ) Case No. 1:22-mj-00721 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __on or about 4/26/20 to 8/8/22__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Counts 1-3 Sexual Exploitation of a Child/Attempted Sexual Exploitation of a Child |
| 18 U.S.C. § 2252(a)(4)(B) | Count 4 Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Derek A. Cress
*Complainant's signature*

Derek A. Cress, TFO/FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: 8/17/2022

City and state: Indianapolis, Indiana

Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek A. Cress, being duly sworn, hereby depose and state as follows:

1. **Affiant**: I am a Detective in the Internet Crimes Against Children Unit of the Indianapolis Metropolitan Police Department. I am also a cross-designated Task Force Officer assigned to the Federal Bureau of Investigation (FBI), within the Indianapolis Child Exploitation Task Force.

2. **Experience**: I have over 23 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written hundreds of search warrants involving internet crimes against children cases and participated in their execution.

3. **Training**: I have attended the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the State of Indiana and of the United States and to execute warrants issued under the authority of the State of Indiana and of the United States.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers, including Det. Christopher Wuensch with the IMPD Cyber Crimes Unit, and other witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **Zachary Robert Nichols** (NICHOLS) committed criminal offenses.

5. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **Zachary Robert Nichols**, DOB xx-xx-1993 (known to Affiant, but redacted) has committed the following offenses in the Southern District of Indiana and elsewhere:

   A. **Counts 1-3: Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child**: Beginning on a date unknown but as early as in or around April 26, 2020, ending on a date unknown but at least as late as August 8, 2020, within the Southern District of Indiana, in the Indianapolis area, **Zachary Robert Nichols** sexually exploited Minor Victim 1, a child who is less than 18 years of age, by using the minor or attempting to use the minor to create visual depictions of Minor Victim 1 in sexually explicit conduct, using materials that travelled in interstate or foreign commerce, and aided and abetted others in so doing, in violation of 18 U.S.C. § 2251(a) and (e);

B. **Count 4: Possession of Child Pornography: 18 U.S.C. § 2252(a)(4)(B):** Beginning on a date unknown but as early as in or around April 26, 2020, ending on a date unknown but at least as late as August 8, 2022, **Zachary Robert Nichols** knowingly possessed, or knowingly accessed with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that had been mailed, or had been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if – (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct.

6. **Statutory authority:**

A. **Sexual Exploitation of a Child and Attempt and Conspiracy (18 U.S.C. § 2251(a) and (e)):** This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e),

3

if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed." It is also a crime to attempt or conspire to violate this section. 18 U.S.C. § 2251(e).

B. **Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct: 18 U.S.C. § 2252(a)(4)(B):** This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(4)(B), which prohibits a person from knowingly possessing, or knowingly accessing with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if – (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct.

4

7. **Definitions**: The following definitions apply to this Affidavit:

    A. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

    B. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

    C. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

    D. **DROPBOX** is a file hosting service operated by American company Dropbox, Inc., headquartered in San Francisco, California, that offers cloud storage, file synchronization, personal cloud, and client software. Dropbox allows users to create a special folder on their computers, which Dropbox then synchronizes so that it appears to be the same folder (with the same contents) regardless of which device is used to view it. Files placed in this folder are also accessible via the Dropbox website and mobile apps. Dropbox uses a freemium business model, wherein users are offered a free account with a set storage size and paid subscriptions for accounts with more

capacity.

  E. **Google** is an American multinational technology company that specializes in Internet-related services and products, which include online advertising technologies, search engine, cloud computing, software, and hardware. Files associated with Google may be in email (Gmail), Google Photos, and other services provided by Google, Inc.

8. **Investigation of Zachary Robert Nichols:** Detective Christopher Wuensch of the Indianapolis Metropolitan Police Department (IMPD) and Indiana Internet Crimes Against Children (ICAC) Task Force received CyberTipline Report number 105105485 from the National Center for Missing and Exploited Children (NCMEC), which alerts law enforcement to reports of sexual exploitation of children on the Internet. NCMEC was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization (see 42 U.S.C.§ 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to provide assistance to law enforcement in its efforts to identify victims of child pornography and child sexual exploitation. NCMEC also works with law enforcement, Electronic Service Providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC forwards reports of possible child sexual exploitation to law

enforcement for its independent review and analysis. Detective Chris Wuensch has investigated numerous CyberTips from the National Center for Missing and Exploited Children.

9. After reviewing the CyberTip #105105485, Dropbox, Inc. reported that Screen/User Name **Zachary Nichols**, with verified Email: **zacharynichols87@gmail.com**, ESP User ID: 1870642032 had uploaded three files of suspected child pornography to the above Dropbox Account. The last login was listed with the IP (Internet Protocol) address as 50.90.133.183 on 10-18-2021 at 17:23:10 UTC. The following files are described as follows:

    A. Filename: **Bibigon(boy+boy)-54m01S.mpg LILB - Two 9YO boys - One sucks the other, then fucks his ass! Nv-0139 Kdv 06.mpg**: The video shows two nude prepubescent male children, between the ages of 9-11 years with their penises and anus' exposed. Both of the children are engaged in oral and anal sex. Based on Detective Wuensch's training and experience, the age of the children is based on lack of body development.

    B. Filename: **[boy+man] man cums on boys mouth ksBerlinRotfuchs boy&man gaypedo.avi**: The video shows a nude prepubescent male child, between the ages of 9-11 years, masturbating as his penis and anus are exposed. The video also depicts masturbation of the minor by the adult, oral sexual intercourse with the minor.

    C. Filename: **!!!!!!! [boy+man] [MB] Our First Time - Boy Brothel in South America.avi**: The video shows multiple nude

prepubescent male children, between the ages of 8-10 years, engaged in oral and anal sexual intercourse with an adult male.

10. A query through the American Registry of Internet Numbers (ARIN) revealed IP Addresses 50.90.133.183 on 10-18-2021 at 17:23:10 UTC is assigned to Spectrum.com, a subsidy of Charter Communications, Inc. A geo-location revealed the IP Address is located in Indianapolis, Indiana.

11. On March 21, 2022, Detective Wuensch was granted a Marion County Grand Jury subpoena, under cause number 49D-35-2203-MC-007652, for the subscriber information associated with the Charter Communications, Inc. IP address 50.90.133.183 from 10-18-2021 at 17:23:10 UTC. However, Charter Communications, Inc. was unable to identify the identity of the subscriber.

12. On March 21, 2022, Detective Wuensch was granted search warrants, under cause number 49D34-2203-MC-007651, for the Dropbox and Google Accounts associated with **zacharynichols87@gmail.com**.

13. According to the Google, Inc. search warrant return, the following information was located in the Google Drive portion of the account associated with **zacharynichols87@gmail.com**:

    A. An image of a white male holding an Indiana BMV Driver's License with the name and photo for **Zachary Robert Nichols**, white male, date of birth \*\*-\*\*-1993 (redacted but known to the affiant). The Indiana Operators License has an address listed in Fort Wayne, Indiana, with an expiration date of 12-17-2020.

B.  An image of an Eskenazi Health MyChart letter, dated March 1, 2019, addressed to **Zachary Nichols** with an address of 45XX Pleasant Run Parkway North Drive, Indianapolis, Indiana 46201 (address redacted but known to Affiant).

C.  A screenshot image of a mycourts.gov Marriage License E-file website listing applicants **Zachary R. Nichols**, date of birth \*\*-\*\*-1993 (redacted but known to the affiant) and Candace Paige Yentes. The applicants list their address as 7XX North Somerset Avenue, Indianapolis, Indiana 46222 (address redacted but known to Affiant).

D.  A screenshot image of a receipt from March 28, 2021, from The Seed Pharm, listing a shipping customer and address as **Zachary Nichols**, 7XX North Somerset Avenue, Indianapolis, Indiana 46222 (address redacted but known to Affiant).

E.  An image collage, containing multiple photos of 2 people: the same adult white male shown in **Zachary Nichols'** BMV operator's license photo, and a white juvenile male with blue eyes. One of the collage images shows **Nichols** kissing the juvenile male. The collage has the words "*Brs4life hes a little baby*" listed in the center of the image.

F.  The male believed to be **Zachary Nichols** appeared to have multiple, distinctive tattoos on his arms.

G.  The access log activity associated with the Google account revealed an IP address of 50.44.50.212 on 2022-05-27 at 03:42:20 UTC.

14. A query through ARIN revealed the IP Addresses 50.44.50.212 on 2022-05-27 at 03:42:20 UTC is assigned to Frontier Communications of America, Inc. A geo-location revealed the IP Addresses 50.44.50.212 is located in Centralia, Illinois.

15. On June 6, 2022, Detective Wuensch was granted a Marion County Grand Jury Subpoena, under cause number 49D36-2206-MC-014936, for the subscriber information associated with the Frontier Communications of America, Inc. IP Address 50.90.133.183 on 2022-05-27 at 03:42:20 UTC. Frontier Communications of America, Inc. provided the following information:

    A.    IP Address: 50.44.50.212

    B.    Account Name: **Zachary Nichols**

    C.    3XX 1st Ave S, Newton, IL 62448 (address redacted but known to Affiant)

    D.    Contact Telephone Number: 317-792-XXXX (phone number redacted but known to Affiant)

    E.    Connect Date: 02/25/2022

    F.    Disconnect Date: Active

    G.    Email Address: **zacharynichols87@gmail.com**

16. A check of the Indiana Bureau of Motor Vehicles (BMV) files revealed an Indiana driver's license for **Zachary Nichols**, as a white male, date of birth **-**-1993 (redacted but known to this affiant), with an address of PO Box 3691, Carmel, Indiana 46082-3691. Marsha Phillips and Candace Yentes were listed as Emergency Contacts for **Zachary Nichols**. Further information revealed **Nichols** has a vehicle

registered with the Indiana Bureau of Motor Vehicles: a blue Nissan with Indiana License plate: PQA636 and VIN: 3N1CN7AP7KL867214, with the title address listed as PO Box 3691, Carmel, Indiana 46082.

17. On July 7, 2022, Investigator Jared McDermet of the Illinois ICAC Task Force conducted surveillance at 3XX South 1st Avenue, Newton, Illinois 62448. Investigator McDermet took photographs of the exterior portion of the residence and property lot and provided them to Detective Wuensch. The residence is described as a tan or light gray vinyl sided one-story single-family dwelling with white trim and a single car attached garage. The residence also has a white front door and there appears to be a small white mailbox affixed to the front portion of the house.

18. During the course of this investigation, Your Affiant and Detective Wuensch reviewed multiple sexually explicit image and video files from the Google account search warrant return associated with **zacharynichols87@gmail.com**. Many of the image and video files depict a white juvenile male, who appears to be the same juvenile male from the image collage, entitled *"Brs4life hes a little baby."* The video and image files depict the juvenile male, identified herein as Minor Victim 1, engaged in sexually explicit acts with an adult white male, who appeared to be **Zachary Nichols**, based on the photos and BMV files.

19. The image and video files show media creation dates ranging from April 26, 2020, to August 8, 2020. Most of the files have accompanying geo-location data, specifically indicating they were created within the 700 block of North Somerset Avenue, Indianapolis, Indiana 46222, and the 2100 block of Webb Street,

11

Indianapolis, Indiana 46225. There are additional image and video files which show the juvenile male smoking marijuana and/or narcotics at the same locations as well. Some of the sexually explicit files include the following information:

A. File Name: 20200530_225426.mp4

EXIF Created Date/Time: 5/30/2020 11:05:41 PM

GPS Lat: 39.7384, GPS Long: -86.1532

MAP: 2100 Block Webb Street Indianapolis, IN 46225

The three minute and nineteen second video file shows an adult male having anal sexual intercourse with Minor Victim 1. Another adult male, believed to be **Zachary Nichols**, eventually begins to kiss Minor Victim 1 and touches Minor Victim 1's penis and scrotum.

B. File Name: 20200518_230331.mp4

EXIF Created Date/Time: 5/18/2020 11:07:37 PM

GPS Lat: 39.7774, GPS Long: -86.2219

MAP: 700 Block N Somerset Avenue Indianapolis, IN 46222

The four minute and five second video file shows Minor Victim 1 performing oral sex on himself and an adult male, believed to be **Zachary Nichols**. Minor Victim 1 places his own penis and the adult male's penis into Minor Victim 1's mouth at the same time. At the ending portion of the video file, the adult male engages in anal sexual intercourse with Minor Victim 1, by placing his penis into the anus of Minor Victim 1.

C.  File Name: 20200524_184920.mp4

   EXIF Created Date/Time:  5/24/2020 6:49:40 PM

   GPS Lat: 39.7774, GPS Long: -86.2221

   MAP:  700 Block N Somerset Avenue Indianapolis, IN 46222

   The eighteen second video file shows Minor Victim 1 performing oral sex on an adult male's penis.

20. Detective Wuensch received information regarding some 2019-2020 Indiana Department of Child Services (DCS) and Fort Wayne Police Department investigations concerning **Zachary Nichols**. The allegations stem from **Nichols** being suspected of sexually abusing Minor Victim 1. The reports describe Minor Victim 1 as a minor child with a date of birth \*\*-\*\*-2005 (redacted but known to this Affiant). According to the Indiana BMV files, Minor Victim 1 was issued an Indiana Identification Card. Detective Wuensch reviewed the BMV photo associated with Minor Victim 1's identification card, and believed his photo matched the white male juvenile with blue eyes see in multiple sexually explicit image and videos stored within the Google account associated with email address **zacharynichols87@gmail.com**. Further information derived from the investigations revealed that Minor Victim 1 was a relative of **Nichols**' girlfriend, identified herein as Witness 1.

21. On July 26, 2022, Detective Wuensch and TFO Cress travelled to the Northern District of Indiana and located Minor Victim 1, his mother (Witness 2), and

13

Witness 1. Detective Wuensch and TFO Cress conducted an interview with Minor Victim 1, date of birth **-**-2005 (redacted but known to the affiant) and learned the following:

  A. Minor Victim 1 has been sexually abused by **Zachary Nichols** since the age of 6, while at various locations within the Northern District of Indiana and in Indianapolis, Indiana. **Nichols** was romantically involved with Witness 1. Minor Victim 1 lived with **Nichols** and Witness 1 on multiple occasions while in the Northern District of Indiana and Indianapolis, Indiana. At one point, Minor Victim 1 was listed as a runaway and moved to Indianapolis with **Nichols** and Witness 1.

  B. Minor Victim 1 described engaging in oral and anal sexual intercourse with **Nichols**, as **Nichols** used a cell phone to record some of the sexually explicit conduct. Minor Victim 1 accompanied **Nichols** on multiple occasions wherein **Nichols** had Minor Victim 1 engage in sexual contact with other adult males that **Nichols** met using mobile dating applications. Minor Victim 1 engaged in sexual contact with **Nichols**' drug dealer, who was an adult male, but Minor Victim 1 did not know the drug dealer's name. Minor Victim 1 admitted to using illegal drugs with **Nichols** on multiple occasions. Minor Victim 1 has also seen multiple files of what Minor Victim 1 considered to be child pornography on **Nichols**' cell phone and laptop computer.

22. Detective Wuensch prepared sanitized, screenshot-style facial photographs made from the sexually explicit videos located in the Google account

associated with email address **zacharynichols87@gmail.com**. Minor Victim 1 provided the following information:

    A.    Photo Number: 14-56-06-05957, derived from video File Name: 20200530_225426.mp4. Minor Victim 1 identified himself from the image. Minor Victim 1 stated he was "young" at the time the video was created.

    B.    Photo Number: 14-58-16-04731, derived from video File Name: 20200518_230331.mp4. Minor Victim 1 identified himself from the image. The footage was possibly filmed at **Nichols**' apartment he shared with Witness 1.

    C.    Photo Number: 14-59-50-80072, derived from video File Name: 20200524_184920.mp4. Minor Victim 1 identified himself from the image.

23.    Detective Wuensch and TFO Cress conducted an interview with Witness 1, white female, date of birth \*\*-\*\*-1997 (redacted but known to the affiant) and learned the following:

    A.    Witness 1 has known **Zachary Nichols** for several years, since she was a teenager. She began a romantic relationship with **Nichols** when she was 18 years of age, and they resided in the Northern District of Indiana. On multiple occasions, Minor Victim 1 lived with them. Witness 1 moved to Indianapolis with **Nichols** during 2018. At one point during early 2020, Witness 1 accompanied Minor Victim 1 to Indianapolis, where he resided with her and **Nichols**. She allowed Minor Victim 1 to reside with them at two separate locations while in Indianapolis. She identified the addresses as 45XX East Pleasant Run Parkway North Drive, Indianapolis, Indiana 46201 and

7XX North Somerset Avenue, Indianapolis, Indiana 46222 (addresses redacted but provided by the witness).

B.  Witness 1 used narcotics on several occasions while living with **Nichols** and considered herself to be "high all the time on meth." On multiple occasions at both residences, she observed **Nichols** having anal sexual intercourse with Minor Victim 1. She admitted to being in the same room, while in the same bed, which was located in the bedroom she shared with **Nichols**. She never disclosed the sexual abuse between **Nichols** and Minor Victim 1 to law enforcement officials. She did, however, say she told other friends and family members of the abuse. She claimed to be afraid of **Nichols** since he was abusive to her.

C.  Witness 1 has previously observed sexually explicit images and video files of Minor Victim 1 and other unidentified child pornography on **Nichols**' cell phone and laptop. She noted there were also additional files of **Nichols** engaged in sexual acts with Minor Victim 1. Although she is no longer involved romantically with **Nichols**, she believes **Nichols** will tell law enforcement authorities that she was involved in the sexual abuse of Minor Victim 1, which she has denied.

D.  Witness 1 believes **Nichols** is residing in Newton, Illinois. She said he lives in a house, which is a few miles away from his family's farm. She identified **Nichols**' great aunt, and adopted mother who stays in both Newton, Illinois and Carmel, Indiana.

24. On August 15, 2022, Detective Wuensch and TFO Cress travelled to Newton, Illinois to conduct surveillance regarding this investigation. TFO Cress observed the residence located at 3XX South 1st Avenue, Newton, Illinois. The location was surveilled for a period of time.

25. During the course of the surveillance, TFO Cress observed **Nichols** standing in the front yard of the residence located at 3XX South 1st Avenue, Newton, Illinois. **Nichols** also appeared to be standing next to a bronze-colored Dodge Dakota truck with Indiana license plate UKU969, which was parked in the driveway. **Nichols** was later observed travelling inside the bronze Dodge truck as a passenger along 1st Avenue on two occasions. A white female with white or light blonde hair was operating the vehicle.

26. According to the Indiana BMV files, a bronze 2001 Dodge with Indiana plate UKU969 and VIN 1B7GL2AX51S118497 is registered to Marsha Phillips with a listed address of XX Woodacre Drive, Carmel, Indiana 46032 (redacted but known to Your Affiant). An Indiana driver's license for Marsha Phillips, white female, date of birth **-**-1953 (redacted but known to this affiant), with an address of PO Box 3691, Carmel, Indiana 46082. Based on the BMV photo of Marsha Phillips, Detective Wuensch and TFO Cress believe Phillips was operating the bronze Dodge truck, with **Nichols** as a passenger.

27. TFO Cress conducted open-source internet search of Marsha Phillips and found her to be associated with an address of 10XXX East 1050th Ave., Newton IL 62448.

28. Conclusions Drawn: This Affiant believes the following, based on the evidence set forth above:

A. That **Zachary Robert Nichols** used a minor to create visual depictions of sexually explicit conduct and attempted to use a minor to create visual depictions of sexually explicit conduct, using materials that travelled in interstate or foreign commerce, and aided and abetted others in so doing, in violation of 18 U.S.C. § 2251(a) and (e);

B. That **Zachary Robert Nichols** possessed sexually explicit material involving a minor, in violation of 18 U.S.C. § 2252(a)(4)(B).

29. **Interstate and Foreign Commerce: Nichols** used his cellular device to transport the images of Minor Victim 1 in interstate and foreign commerce. The visual depictions of Minor Victim 1 were produced and stored using a device that was not manufactured or contain parts that were not manufactured in the State of Indiana, and, therefore, travelled in interstate and foreign commerce. The sexually explicit images and videos of Minor Victim 1 were stored in **Nichols**' Dropbox and Google accounts. Both online service providers function using the Internet, which is a means and facility of interstate and foreign commerce.

30. **Venue**: **Nichols** was a resident of the Southern District of Indiana, and this Affiant believes that **Nichols** exploited and attempted to exploit Minor Victim 1, distributed and received sexually explicit visual depictions of minors, and possessed sexually explicit visual depictions of minors within the Southern District of Indiana and elsewhere.

# CONCLUSION

31. **Conclusion:** Based upon the contents of this Affidavit, there is probable cause to believe that **Zachary Robert Nichols** has committed the above listed offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **Zachary Robert Nichols**, charging him with the offenses listed above.

*s/Derek A. Cress*
Task Force Officer Derek A. Cress
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

Date: 8/17/2022

Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana